STATE

v.

Jerry PUGH.

STATE

v.

David CARLIN.

STATE

v.

James O'CONNELL.

STATE

v.

Gloria AHMADJIAN.

Nos. 77–69–C.A., 77–70–C.A., 77–122–C.A., 77–129–C.A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, John F. Cicilline, John J. Bevilacqua, Providence, for defendants.

ORDER

The state's motion for leave to file a brief in excess of 50 pages is granted.

BEVILACQUA, C. J. and DORIS, J., did not participate.